UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY TRAUGHBER,

        Plaintiff,                              Case No.  1:14-CV-334

v.                                                     Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER APPROVING AND
## ADOPTING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action in this action on April 13, 2015.  The Report and Recommendation was duly served on the parties the same date.  No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 13, 2015 is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the Commissioner's decision is **reversed and remanded** for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g).

This case is **concluded**.

Dated:  May 4, 2015                                                 /s/ Gordon J. Quist
                                                                       GORDON J. QUIST
                                                            UNITED STATES DISTRICT JUDGE